IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABEL DAHN | : | CIVIL ACTION |
| v. | : | |
| SARAH A. HART, ET AL. | : | NO. 17-3591 |

## ORDER

**AND NOW**, this 19th day of March, 2018, upon consideration of the Motions to Dismiss filed by Sarah A. Hart (Docket No. 20), Jeffery and Laura Hart (Docket No. 21), and Detective Justin Montgomery (Docket No. 23), and all documents filed in connection therewith, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss filed by Sarah A. Hart (Docket No. 20) is **GRANTED**. The 42 U.S.C. § 1983 claims asserted against Sarah A. Hart in the First Amended Complaint are **DISMISSED WITH PREJUDICE**, and the state law claims asserted against Sarah A. Hart are **DISMISSED WITHOUT PREJUDICE** to Plaintiff reasserting them in state court.

2. Plaintiff's request to withdraw his claims against Jeffrey and Laura Hart is **GRANTED** and those claims are hereby **WITHDRAWN**. The Motion to Dismiss filed by Jeffery and Laura Hart (Docket No. 21) is, accordingly, **DISMISSED** as moot.

3. The Motion to Dismiss filed by Detective Justin Montgomery (Docket No. 23) is **GRANTED**. The § 1983 claims asserted against Detective Montgomery are **DISMISSED WITHOUT PREJUDICE** and Plaintiff may file a second amended complaint that cures the deficiencies in his claims against Detective Justin Montgomery no later than April 19, 2018.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.